NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVENTIS PHARMA S.A. AND SANOFI-AVENTIS U.S., LLC,**

*Plaintiffs-Appellants,*

v.

**SANDOZ INC.,**

*Defendant-Appellee.*

---

2011-1123

---

Appeal from the United States District Court for the District of Delaware in case no. 09-CV-810, Chief Judge Gregory M. Sleet.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge.*

**ORDER**

The appellants move to stay the briefing schedule in this appeal, pending disposition of a related appeal, *Aventis Pharma S.A. v. Hospira, Inc.*, 2011-1018, -1047. The appellees oppose. The appellants reply. The appellants also move for an extension of time to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is granted. The appellants are directed to inform this court, within 30 days of the final disposition of 2011-1018, concerning how they believe that this appeal should proceed. The appellees may also respond within that time.

(2) The motion for an extension of time is moot.

FOR THE COURT

MAR 1 7 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George F. Pappas, Esq.
David C. Doyle, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK